IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY J. SEGAL<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 12-3663 |
| ELIEZER FRIEDMAN and<br>NAFTALI WEINBERGER<br>    Defendants. | : | |

**ORDER**

AND NOW, this 12th day of December, 2016 it is ORDERED that in accordance with 28 U.S.C. § 157 and this Court's accompanying Memorandum, the above-captioned matter is hereby REFERRED to the Bankruptcy Court.

It is further ORDERED that this case shall remain in SUSPENSE status pending a determination by the Bankruptcy Court.

BY THE COURT:

/s/  C. Darnell Jones, II        J.